JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL BARRON,<br>Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | Case No. CV 16-08912-CJC (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Dated: July 23, 2018

_____
CORMAC J. CARNEY
United States District Judge